# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

Bridget M. McCormack,
Chief Justice

162482(30)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ROUCH WORLD, LLC, and UPROOTED
ELECTROLYSIS, LLC,
       Plaintiffs-Appellees,

v

DEPARTMENT OF CIVIL RIGHTS and
DIRECTOR OF THE DEPARTMENT OF
CIVIL RIGHTS,
       Defendants-Appellants.
_____/

SC: 162482
COA: 355868
Ct of Claims: 20-000145-MZ

      On order of the Chief Justice, the motion of plaintiffs-appellees requesting that the Court invite additional entities to file briefs amicus curiae is GRANTED. The following entities may submit briefs amicus curiae to the Court without motion: Alliance Defending Freedom, American Center for Law and Justice, Thomas More Law Center, Catholic Diocese of Lansing, American Freedom Law Center, Christian Legal Society, Pacific Justice Institute, First Liberty Institute, Rutherford Institute, Landmark Legal Foundation, Liberty Counsel, Heritage Foundation, Family Research Council, Citizens for Traditional Values. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021



Clerk